```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself     :
and all others similarly situated,        :
                                          :
                                          :   22-CV-8370 (PGG) (RWL)
                        Plaintiff,        :
                                          :
        - against -                       :   ORDER
                                          :
CREATIVE ENERGY CORPORATION,              :
                                          :
                        Defendant.        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Plaintiff commenced this action on September 30, 2022. An affidavit of service was filed on December 29, 2022. (Dkt. 5.) No further action appears on the docket. Accordingly, by April 27, 2023, Plaintiff shall file a letter reporting on the status of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2023
       New York, New York

Copies transmitted this date to all counsel of record.